THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMER AHMED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a foreign corporation registered to do business in Washington,<br><br>Defendant. | Case No. 2:26-cv-02484-JCC<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY CASE PENDING ARBITRATION**<br><br>NOTE ON MOTION CALENDAR:<br>July 21, 2026 |

**STIPULATED MOTION**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Tamer Ahmed ("Plaintiff"), proceeding *pro se*, and Defendant Space Exploration Technologies Corp. ("Defendant" or "SpaceX") (collectively, the "Parties"), through its undersigned counsel of record, as follows:

1. Plaintiff commenced this Action by filing his Complaint in King County Superior Court on June 22, 2026. Dkt. 1-2.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

2. SpaceX's registered agent, Corporation Service Company, was served by a nonparty registered process server with a copy of the Summons and Complaint on June 24, 2026. *See* Dkt. 3 at 11.

3. On June 24, 2026, Plaintiff also filed a Demand for Arbitration with JAMS.

4. SpaceX removed this Action to this Court on July 14, 2026. *See* Dkt. 1.

5. On July 15, 2026, the Parties agreed to (a) submit the claims pled in the Complaint filed June 22, 2026, to binding arbitration administered by JAMS in accordance with the Parties' Arbitration Agreement, and (b) seek a stay of this action until further order of the Court.

6. The stipulated stay of proceedings would promote efficiency for the parties and the Court. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection of either party.

7. The Parties agree that they will file a status report with the Court within 14 days after JAMS serves a Final Award or gives written notice that the arbitration otherwise terminated without a Final Award.

8. Accordingly, the Parties respectfully ask the Court to Order that (a) the claims pled in the Complaint filed June 22, 2026, shall proceed in binding arbitration administered by JAMS in accordance with the Parties' Arbitration Agreement, and (b) this action is stayed until further order of the Court and all currently scheduled case-management deadlines are vacated.

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that

(a) The claims pled in the Complaint filed June 22, 2026, shall proceed in binding arbitration administered by JAMS in accordance with the Parties' Arbitration Agreement;

(b) This action is stayed until further order of the Court, and all currently scheduled case-management deadlines are vacated;



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

(c) Nothing in this Order enlarges or limits the Court's authority, or either party's ability to seek relief, under the Federal Arbitration Act or other applicable law;

(d) Either party may move, after providing seven (7) days' notice to the other party, to lift or modify the stay or, after arbitration proceedings are concluded, for appropriate relief in accordance with applicable law, except that emergency relief may be sought on any shorter notice authorized by applicable law or court rule; and

(e) The Parties shall file a status report within 14 days after JAMS serves a Final Award or gives written notice that the arbitration otherwise terminated without a Final Award, addressing the outcome and proposed next steps.

SO STIPULATED this 21st day of July, 2026.

**Plaintiff, *Pro Se***

______________________________
Tamer Ahmed
Plaintiff, *Pro Se*
Phone: (619) 855-8765
Email: tbmostafa@yahoo.com
tamer.ahmed@gmail.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

*Attorney for Defendant Space Exploration Technologies Corp.*

**ORDER**

IT IS SO ORDERED.

Dated this 21st day of July 2026.

John C Coughenour

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

*Presented by:*

**Plaintiff, *Pro Se***

Tamer Ahmed
Plaintiff, *Pro Se*
Phone: (619) 855-8765
Email: tbmostafa@yahoo.com
tamer.ahmed@gmail.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

*Attorney for Defendant Space Exploration Technologies Corp.*